AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MARIE RICHTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15 Civ. 8266 (LAK) (DCF) |
| METROPOLITAN LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

METROPOLITAN LIFE INSURANCE COMPANY   .

Date:   12/23/2015

s/
*Attorney's signature*

Michael H. Bernstein (MB0579)
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281

*Address*

michael.bernstein@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*