ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   877.543.9170 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212.898.4011*
*michael.bernstein@sedgwicklaw.com*

December 23, 2015

*Via ECF*
Hon. Debra Freeman, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17A
New York, NY 10007-1312

Re: *Marie Richter v. Metropolitan Life Insurance Company*
    Civil Action No.: 1:15-8266(LAK)(DCF)
    Sedgwick File No.: 00584-007797

Dear Judge Freeman:

    This office represents Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We write to request an extension of time for MetLife to file its response to Plaintiff's Complaint, which is currently due to be filed on December 28, 2015.

    This office was only recently retained to represent MetLife in this matter and therefore, respectfully requests that its time to respond to the Complaint be extended until January 27, 2016. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Complaint have been made by MetLife.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

MHB/mpm

82640549v1