AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marie Richter <br> *Plaintiff* <br> v. <br> Metropolitan Life Insurance Company <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:15-cv-8266 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Metropolitan Life Insurance Company
by and through the Superintendent of Financial Services
New York State Department of Financial Services, Corporate Affairs Unit
One Commerce Plaza, Albany, NY 12257

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachael V. Pas
Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/20/2015     /s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Metropolitan Life Insurance Company
was received by me on *(date)* 10/21/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Superintendent of Financial Services, who is
designated by law to accept service of process on behalf of *(name of organization)* Metropolitan Life
Insurance Company on *(date)* 12/7/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/4/16

s/Rachael Pas
*Server's signature*

Rachael Pas (TN #031257)
*Printed name and title*

P.O. Box 11208 Chattanooga, TN 37401
*Server's address*

Additional information regarding attempted service, etc:



NEW YORK STATE
DEPARTMENT *of*
FINANCIAL SERVICES

---

| Andrew M. Cuomo | Shirin Emami |
| Governor | Acting Superintendent |

**STATE OF NEW YORK**

United States District Court, Southern District of New York

---

Marie Richter                                                                 Plaintiff(s)

against

                                                                              Defendant(s)

Metropolitan Life Insurance Company

---

RE :Metropolitan Life Insurance Company formerly known as     National Travelers Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons in a Civil Action in the above entitled action on December 07, 2015 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

> Eric Buchanan & Associates, PLLC
> Rachael V. Pas
> PO Box 11208
> Chattanooga, Tennessee 37401

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

> CT Corporation
> Metropolitan Life Insurance Company
> 111 Eighth Avenue
> New York, New York 10011

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, December 08, 2015
563548