UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIE RICHTER,

                                  Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY

                                Defendants.
-------------------------------------------------------------------X

Civil Action No.:
1:15 Civ. 8266 (LAK) (DCF)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT ELECTRONICALLY FILED

The undersigned, counsel of record for plaintiff METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Rule 7.1, Fed. R. Civ. P.:

1. Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
         January 27, 2016

                                                    Respectfully submitted,

                                                    s/
                                                    Michael H. Bernstein
                                                    Sedgwick LLP
                                                    *Attorneys for Defendant*
                                                    METROPOLITAN LIFE INSURANCE COMPANY
                                                    225 Liberty Street, 28th Floor
                                                    New York, New York 10281-1008
                                                    (212) 422-0202
                                                    michael.bernstein@sedgwicklaw.com

To:
Rachel Pas (*Pro Hac Vice*)
ERIC BUCHANAN AND ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
*Attorneys for Plaintiff*

82639917v1