UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIE RICHTER,

                Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

15cv08266 (LAK) (DF)

**SCHEDULING ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephone conference on February 2, 2016, with counsel for all parties, it is hereby ORDERED, in accordance with the Court's rulings at the conference, that:

1. No later than February 16, 2016, the parties shall make initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. As part of those disclosures, Defendant shall serve a copy of the administrative record.

2. No later than March 15, 2016, the parties shall file a joint letter that either:

    a. proposes a schedule for discovery of facts outside the administrative record;

    b. notifies the Court that the parties do not intend to conduct any additional discovery; or

    c. if there is a dispute as to whether discovery outside the administrative record should proceed, provides both parties' positions with respect to that dispute.

3.      Counsel shall jointly initiate a telephone conference call with this Court on March 23, 2016, at 10:00 a.m., to discuss the status of discovery and potential for settlement of this action.

Dated:  New York, New York
        February 5, 2016

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)